IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00658-PSF-PAC

MELEA, LIMITED,
THE ADMIRALTY TRUST,
BARNACLE TRUST,
RUM ROW TRUST,
PORT ROYAL TRUST,
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable
Trust and the Michael Ladney Charitable Remainder Trust,
RUSSBURY INTERNATIONAL LIMITED,
SEWARD INTERNATIONAL CORPORATION BVI,
BUCCANEER INVESTMENTS LIMITED,

      Plaintiffs,

v.

BARRY S. ENGEL,
ENGEL & REIMAN, P.C., f/k/a ENGEL, REIMAN & LOCKWOOD, P.C.,
LEO J. SPIVACK,
KLEINFELD & SPIVACK,
SOUTHPAC TRUST LIMITED,
SOUTH PACIFIC TRUSTEES INTERNATIONAL, INC.,
SOUTHPAC TRUST INTERNATIONAL, INC.,
JAWER SA,

      Defendants.

Defendants.

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs' unopposed Motion to Dismiss Without Prejudice (Dkt. # 12) is

GRANTED.  It is

ORDERED that the claims against Kleinfeld & Spivack and Leo J. Spivack are

DISMISSED without prejudice.  It is

FURTHER ORDERED that the dismissal of the claims against Kleinfeld & Spivack and Leo J. Spivack will not affect the claims against the remaining defendants, which will continue to be prosecuted.

DATED:  August 10, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge