IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00658-PSF-PAC

MELEA, LIMITED,
THE ADMIRALTY TRUST,
BARNACLE TRUST,
RUM ROW TRUST,
PORT ROYAL TRUST,
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable Trust and the Michael Ladney Charitable Remainder Trust,
RUSSBURY INTERNATIONAL LIMITED,
SEWARD INTERNATIONAL CORPORATION BVI,
BUCCANEER INVESTMENTS LIMITED,

    Plaintiffs,

v.

BARRY S. ENGEL,
ENGEL & REIMAN, P.C., f/k/a Engel, Reiman & Lockwood, P.C.,
SOUTHPAC TRUST LIMITED,
SOUTH PACIFIC TRUSTEES INTERNATIONAL, INC.,
SOUTHPAC TRUST INTERNATIONAL, INC.,
JAWER SA,

    Defendants.

---

## ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF

---

    Plaintiffs' Motion for Leave to File Response (Dkt. # 56) is GRANTED. The Court hereby

    ORDERS that plaintiffs shall have to and including December 29, 2005, within which to respond to Defendant Jawer SA's supplement to its motion to dismiss and its reply in further support.

    DATED: December 16, 2005

                                                        BY THE COURT:

                                                        *s/ Phillip S. Figa*

                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge