IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00658-PSF-PAC

MELEA, LIMITED,
THE ADMIRALTY TRUST,
BARNACLE TRUST,
RUM ROW TRUST,
PORT ROYAL TRUST,
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable Trust
and the Michael Ladney Charitable Remainder Trust,
RUSSBURY INTERNATIONAL LIMITED,
SEWARD INTERNATIONAL CORPORATION, BVI,
BUCCANEER INVESTMENTS LIMITED,

    Plaintiff(s),

v.

BARRY S. ENGEL,
ENGEL & REIMAN, P.C., f/k/a ENGEL, REIMAN & LOCKWOOD, P.C.,
LEO J. SPIVACK,
KLEINFELD & SPIVACK,
SOUTHPAC TRUST LIMITED,
SOUTH PACIFIC TRUSTEES INTERNATIONAL, INC.,
SOUTHPAC TRUST INTERNATIONAL, INC.,
JAWER SA.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
January 6, 2006

    Upon review of the plaintiffs' Motion to Modify Scheduling Order, Doc. #58, the Court finds that an extension of all deadlines in the Scheduling Order "to accommodate the difficulties which inherently exist in this case" does not meet the "good cause" requirement of Rule 16(b), Fed.R. Civ.P.  The Court further finds, however, that the Geneva [Switzerland] location of voluminous documents does constitute good cause for a limited extension of the discovery and other deadlines.  Accordingly, it is hereby

    **ORDERED** that plaintiffs' Motion to Modify Scheduling Order, Doc. #58 is **granted in part and denied in part**.    The discovery deadline is extended to **April 15, 2006**; the

dispositive moitons deadline is extended to **May 15, 2006**; Rule 26(a)(2) information is to be exchanged on or before **February 10, 2006**; and rebuttal rule 26(a)(2) information is to be exchanged by **March 10, 2006.**

Any other relief requested in the subject motion is denied.