IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00658-PSF-PAC

MELEA, LIMITED,
THE ADMIRALTY TRUST,
BARNACLE TRUST,
RUM ROW TRUST,
PORT ROYAL TRUST,
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable Trust and the Michael Ladney Charitable Remainder Trust,
RUSSBURY INTERNATIONAL LIMITED,
SEWARD INTERNATIONAL CORPORATION, BVI,
BUCCANEER INVESTMENTS LIMITED,

    Plaintiff(s),

v.

BARRY S. ENGEL,
ENGEL & REIMAN, P.C., f/k/a ENGEL, REIMAN & LOCKWOOD, P.C.,
LEO J. SPIVACK,
KLEINFELD & SPIVACK,
SOUTHPAC TRUST LIMITED,
SOUTH PACIFIC TRUSTEES INTERNATIONAL, INC.,
SOUTHPAC TRUST INTERNATIONAL, INC.,
JAWER SA.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendants Barry S. Engel and Engel & Reiman, P.C., f/k/a Engel Reiman & Lockwood, P.C.'s Motion to Vacate Settlement Conference [filed January 17, 2006; Doc. No. 69] is **GRANTED** as follows:

    The Settlement Conference set for February 2, 2006 is *vacated and reset* to **April 18, 2006 at 8:30 a.m.** Confidential Settlement Statements are due on or before **April 13, 2006.  *Counsel and parties with full authority to settle must be present.***

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  January 19, 2006