IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00658-PSF-PAC

MELEA, LIMITED,
THE ADMIRALTY TRUST,
BARNACLE TRUST,
RUM ROW TRUST,
PORT ROYAL TRUST,
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable
Trust and the Michael Ladney Charitable Remainder Trust,
RUSSBURY INTERNATIONAL LIMITED,
SEWARD INTERNATIONAL CORPORATION BVI,
BUCCANEER INVESTMENTS LIMITED,

    Plaintiffs,

v.

BARRY S. ENGEL,
ENGEL & REIMAN, P.C., f/k/a ENGEL, REIMAN & LOCKWOOD, P.C.,
LEO J. SPIVACK,
KLEINFELD & SPIVACK,
SOUTHPAC TRUST LIMITED,
SOUTH PACIFIC TRUSTEES INTERNATIONAL, INC.,
SOUTHPAC TRUST INTERNATIONAL, INC.,
JAWER SA,

    Defendants.

Defendants.

## ORDER DISMISSING CERTAIN DEFENDANTS

This matter is before the Court on the Notice of Dismissal of All Claims Against SouthPac Trust Limited, South Pacific Trustees International, Inc., and SouthPac Trust International, Inc. (Dkt. # 91), filed March 1, 2006. The Court hereby ORDERS that all claims against SouthPac Trust Limited, South Pacific Trustees International, Inc., and

SouthPac Trust International, Inc., are DISMISSED with prejudice. The caption shall be amended accordingly. It is

FURTHER ORDERED that the dismissal of the claims against the parties listed above will not affect the claims against the remaining defendants, which will continue to be prosecuted.

DATED: March 2, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge