IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00658-PSF-PAC

MELEA, LIMITED;
THE ADMIRALTY TRUST;
BARNACLE TRUST;
RUM ROW TRUST;
PORT ROYAL TRUST;
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable Trust and the Michael Ladney Charitable Remainder Trust;
RUSSBURY INTERNATIONAL LIMITED;
SEWARD INTERNATIONAL CORPORATION BVI; and
BUCCANEER INVESTMENTS LIMITED,

      Plaintiffs,

v.

BARRY S. ENGEL;
ENGEL & REIMAN, P.C., f/k/a Engel, Reiman & Lockwood, P.C.; and
JAWER SA,

      Defendants.

## ORDER SETTING HEARING

This matter is before the Court on Plaintiffs' Motion for Order Setting Hearing on Defendant Jawer SA's Motion to Dismiss First Amended Complaint (Dkt. # 109), filed April 21, 2006, and parties' Joint Motion to Stay Discovery (Dkt. # 110), filed April 21, 2006. Plaintiffs' motion for hearing (Dkt. # 109) is GRANTED. IT IS HEREBY ORDERED that counsel for the parties shall appear on **Thursday, May 18, 2006 at 1:00 p.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado

for a hearing on Jawer's Motion to Dismiss (Dkt. # 32) and Jawer's Motion to Dismiss First Amended Complaint (Dkt. # 78).  It is FURTHER ORDERED that parties' Joint Motion to Stay Discovery (Dkt. # 110) is GRANTED for the period up to and including the day of the hearing, May 18, 2006.

DATED:  April 24, 2006

BY THE COURT:

*s: Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge