IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 05-cv-00658-PSF-PAC

MELEA, LIMITED;
THE ADMIRALTY TRUST;
BARNACLE TRUST;
RUM ROW TRUST;
PORT ROYAL TRUST;
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable
Trust and the Michael Ladney Charitable Remainder Trust;
RUSSBURY INTERNATIONAL LIMITED;
SEWARD INTERNATIONAL CORPORATION BVI; and
BUCCANEER INVESTMENTS LIMITED,

      Plaintiffs,

vs.

BARRY S. ENGEL;
ENGEL & REIMAN, P.C., f/k/a ENGEL, REIMAN & LOCKWOOD, P.C.; and
JAWER SA,

      Defendants.

---

**ORDER**

---

      This matter is before the Court on Plaintiffs' Motion For Leave To Respond to the

Engel Defendants' Reply Brief On Subject Matter Jurisdiction (Dkt. # 127).  For con-

sideration and good cause appearing, it is

      ORDERED that the motion is GRANTED and Plaintiffs' Response to the Engel

Defendants' Reply Brief On Subject Matter Jurisdiction, attached to the motion for leave

to respond, is hereby accepted for filing.

      DATED: July 6, 2006

                    BY THE COURT:

                    *s/ Phillip S. Figa*

                    _____

                    Phillip S. Figa
                    United States District Judge