IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00658-PSF-PAC

MELEA, LIMITED,
THE ADMIRALTY TRUST,
BARNACLE TRUST,
RUM ROW TRUST,
PORT ROYAL TRUST,
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable Trust
and the Michael Ladney Charitable Remainder Trust,
RUSSBURY INTERNATIONAL LIMITED,
SEWARD INTERNATIONAL CORPORATION, BVI,
BUCCANEER INVESTMENTS LIMITED,

    Plaintiff(s),

v.

BARRY S. ENGEL,
ENGEL & REIMAN, P.C., f/k/a ENGEL, REIMAN & LOCKWOOD, P.C.,
LEO J. SPIVACK,
KLEINFELD & SPIVACK,
SOUTHPAC TRUST LIMITED,
SOUTH PACIFIC TRUSTEES INTERNATIONAL, INC.,
SOUTHPAC TRUST INTERNATIONAL, INC.,
JAWER SA.,

    Defendant(s).
_____

**ORDER re: Stay and Extension of Deadlines**
_____

**Patricia A. Coan, United States Magistrate Judge**

    This action has been referred to the undersigned for pretrial case management.

Upon review and consideration of the matter now before the court, which is the parties'

Stipulated Motion to Vacate August 17, 2006 Final Pretrial Conference, Doc. # 131, filed

August 9, 2006, and review of Rule 16(b), Fed. R. Civ.P., IT IS HEREBY

**ORDERED** that the parties' Stipulated Motion to Vacate August 17, 2006 Final Pretrial Conference, Doc. # 131, filed August 9, 2006, is **granted in part** and **denied in part** as follows.  It is

**ORDERED** that the August 17, 2006 **final pretrial conference** is vacated and reset to **December 18, 2006 at 9:00 a.m.** in Courtroom A-501.  The proposed final pretrial order is due five business days before the conference.

Next, the parties claim that discovery and pretrial proceedings were stayed by the District Judge past May 18, 2006.  See Doc. # 131 ¶2(b).  Upon my review of the Clerk's record in this case, however, I do not find any indication in the May 18, 2006 Minutes, see Doc. # 119, nor do I find any other order staying discovery or other pretrial proceedings past May 18, 2006.

Notwithstanding the absence of a post-May 18, 2006 stay order, the parties have not conducted discovery nor filed dispositive motions, even though the May 15, 2006 discovery deadline and the June 15, 2006 dispositive motions deadline have past. Instead, the parties request a further stay pending ruling on the pending motion to dismiss[1], after which they request another scheduling conference. See *id.*, ¶¶4-5 and relief requested.  I further note that the request for extension of the stay and resetting of deadlines was not filed until nearly three months after the discovery deadline and nearly two months after the dispositive motions deadline.

Accordingly, upon those findings, I conclude that the parties have not only failed to show good cause for the extension of deadlines and for extending the stay which expired

---

[1] The motion to dismiss is Doc. #78 (with supplemental briefing, Docs. ##120, 121 and 122).

on May 18, 2006, but they failed to file a timely motion. See Advisory Committee Notes to 1983 Amendment to Fed.R.Civ.P. 16(b)("[T]he court may modify the schedule on a showing of good cause if it cannot reasonably be met despite the diligence of the party seeking the extension;" and see D.C. Colo. L. Civ. R. 6.1(limiting stipulations of counsel to extensions of time for responding to written discovery requests).  Other than the mistaken belief that the stay continued after May 18, 2006, there is no explanation for the parties' failure to complete discovery and to file dispositive motions within the previously set deadlines.

Denial of the request for an extension of time and denial of any discovery will result, however, in severe prejudice to the parties because, without discovery, they will be unable to present their claims and defenses for trial adequately.  Consequently, I will allow a short extension of deadlines.  It is therefore further

**ORDERED** that counsel shall prepare and tender to my chambers email, no later than **August 26, 2006**, a signed proposed amended scheduling order with all remaining discovery to be completed no later than **October 15, 2006** and with a dispositive motions deadline of **November 1, 2006**.  It is further

**ORDERED** that, other than as addressed in this Order, any other relief requested in the parties' Stipulated Motion to Vacate August 17, 2006 Final Pretrial Conference, Doc. # 131, filed August 9, 2006, is denied.

Dated August 16, 2006.

By the Court:
s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge