IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00658-PSF-PAC

MELEA, LIMITED,
THE ADMIRALTY TRUST,
BARNACLE TRUST,
RUM ROW TRUST,
PORT ROYAL TRUST,
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable Trust
and the Michael Ladney Charitable Remainder Trust,
RUSSBURY INTERNATIONAL LIMITED,
SEWARD INTERNATIONAL CORPORATION, BVI,
BUCCANEER INVESTMENTS LIMITED,

    Plaintiff(s),

v.

BARRY S. ENGEL,
ENGEL & REIMAN, P.C., f/k/a ENGEL, REIMAN & LOCKWOOD, P.C.,

    Defendant(s).
_____

ORDER
_____

Michael J. Watanabe, United States Magistrate Judge

    Plaintiffs bring this action alleging that the defendants misappropriated and/or failed to account for large sums of money placed in trust pursuant to an asset protection plan designed by the defendants.  This case has been referred to United States Magistrate Judge Patricia A. Coan for pretrial management.  The matters before the court at this time are the Joint Motion of All Parties for Reconsideration of Magistrate Judge's Order (Doc. #139), filed August 24, 2006, and Joint Motion to Establish New Scheduling Order (Doc. #144), filed September 29, 2006.

    The parties first seek reconsideration of Magistrate Judge Coan's August 17, 2006

Order directing the parties to commence discovery because the "Clerk's record" reflected that the stay of discovery entered by District Judge Figa on April 24, 2006 was no longer in effect.[1]  Magistrate Judge Coan set new scheduling order deadlines in the August 17, 2006 Order and instructed the parties to submit an Amended Scheduling Order to her chambers reflecting the new deadlines.

The parties argue that Judge Figa extended the stay of discovery pending his ruling on Jawyer SA's motion to dismiss during the May 18, 2006 motions hearing. The reporter's transcript attached to the Motion for Reconsideration bears out the parties' representation. (*See* Ex. A attached to Joint Motion for Reconsideration)  Judge Figa granted defendant Jawyer SA's Motion to Dismiss on September 18, 2006 and dismissed Jawyer SA for lack of personal jurisdiction.  Judge Figa also declined to dismiss the case for lack of subject matter jurisdiction. Judge Figa's ruling on Jawyer SA's motion to dismiss and other jurisdictional issues effectively ended the stay of discovery.

Because Magistrate Judge Coan did not have the benefit of the court reporter's transcript from the May 18, 2006 motions hearing at the time of her August 17, 2006 Order, it is

**HEREBY ORDERED** that Joint Motion of All Parties for Reconsideration of Magistrate Judge's Order (Doc. #139), filed August 24, 2006, is **GRANTED** as follows: the deadlines set forth in the August 17, 2006 Order are **VACATED**.

I next consider the parties' motion to establish new scheduling order deadlines now

---

[1] On April 24, 2006, Judge Figa set defendant Jawyer SA's motion to dismiss for hearing on May 18, 2006 and granted the parties' joint motion to stay discovery until the hearing date. There are no further docketed minutes or orders staying discovery past May 18, 2006.

that the District Judge has resolved the jurisdictional issues which necessitated the five-month stay of discovery. Before discovery was stayed on April 24, 2006, the Rule 26(a)(2) deadline of February 10, 2006 had already passed. *See* January 6, 2006 Minute Order. That deadline will not be extended. The other deadlines in effect prior to the stay were established by Magistrate Judge Coan's March 10, 2006 Minute Order. Magistrate Judge Coan advised the parties in the March 10, 2006 Minute Order that those deadlines were the <u>final</u> deadlines because the parties had already sought and obtained previous extensions. Notwithstanding, because Judge Figa stayed discovery before most of the deadlines were met, another short extension is warranted. Accordingly, it is

**FURTHER ORDERED** that the parties' Joint Motion to Establish New Scheduling Order (Doc. #144), filed September 29, 2006, is **GRANTED** as follows:

Rebuttal Rule 26(a)(2) information is due by **November 16, 2006**

Discovery deadline: **December 15, 2006**

Dispositive Motions deadline: **January 15, 2007**

The Final Pretrial Conference set for December 18, 2006 is ***vacated and reset* to February 27, 2007, at 8:30 a.m.,** in Courtroom A-501. The proposed final pretrial order is due five business days before the conference.

Dated October 4, 2006.

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge