IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00658-PSF-PAC

MELEA, LIMITED;
THE ADMIRALTY TRUST;
BARNACLE TRUST;
RUM ROW TRUST;
PORT ROYAL TRUST;
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable Trust
and the Michael Ladney Charitable Remainder Trust;
RUSSBURY INTERNATIONAL LIMITED;
SEWARD INTERNATIONAL CORPORATION BVI; and
BUCCANEER INVESTMENTS LIMITED,

     Plaintiffs,

v.

BARRY S. ENGEL;
ENGEL & REIMAN, P.C., f/k/a Engel, Reiman & Lockwood, P.C.; and
JAWER SA,

     Defendants.

---

### ORDER DENYING MOTION TO TAX COSTS
---

Defendant Jawer SA's Motion To Tax Costs (Dkt. # 146) is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A, which states:

> **Duty to Confer.**  The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter.  The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

DATED: October 4, 2006          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge