IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00658-PSF-PAC

MELEA, LIMITED;
THE ADMIRALTY TRUST;
BARNACLE TRUST;
RUM ROW TRUST;
PORT ROYAL TRUST;
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable Trust
and the Michael Ladney Charitable Remainder Trust;
RUSSBURY INTERNATIONAL LIMITED;
SEWARD INTERNATIONAL CORPORATION BVI; and
BUCCANEER INVESTMENTS LIMITED,

    Plaintiffs,

v.

BARRY S. ENGEL; and
ENGEL & REIMAN, P.C., f/k/a Engel, Reiman & Lockwood, P.C.,

    Defendants.

## ORDER ON JAWER SA'S RENEWED MOTION FOR COSTS

This matter is before the Court on Jawer SA's Renewed Motion for Costs (Dkt. # 150), filed October 5, 2006. Jawer SA's original motion for costs was denied without prejudice on October 4, 2006 for failure to comply with D.C.COLO.LCivR 7.1A (Dkt. # 149). The motion as revised is fully briefed and ripe for determination.

On September 18, 2006, this Court dismissed Jawer SA from the lawsuit for lack of personal jurisdiction (Dkt. # 143). Pursuant to 28 U.S.C. § 1919, a district court may award costs when any suit is dismissed for lack of jurisdiction. Awarding costs is within

the sound discretion of the district court. *Callicrate v. Farmland Indus., Inc.*, 139 F.3d 1336, 1339 (10th Cir. 1998).

Here, the Court finds an award of costs is justified. Further, plaintiffs have not objected to the award of costs, only to the specific costs requested. *See* Pl.'s Opp. at 1-2 (Dkt. # 154). Therefore, Jawer SA's Renewed Motion for Costs (Dkt. # 150) is GRANTED. However, as is traditionally the case in the absence of a F.R.Civ.P. Rule 54(b) partial judgment (which has neither been sought nor entered), this award shall not be entered until final judgment is entered in this action.

DATED: January 24, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge