IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa


Civil Action No. 05-cv-00658-PSF-PAC


MELEA, LIMITED;
THE ADMIRALTY TRUST;
BARNACLE TRUST;
RUM ROW TRUST;
PORT ROYAL TRUST;
PORT ROYAL CHARITABLE TRUST, successor to the Michael Ladney Charitable
Trust and the Michael Ladney Charitable Remainder Trust;
RUSSBURY INTERNATIONAL LIMITED;
SEWARD INTERNATIONAL CORPORATION BVI; and
BUCCANEER INVESTMENTS LIMITED,

      Plaintiffs,

v.

BARRY S. ENGEL; and
ENGEL & REIMAN, P.C., f/k/a Engel, Reiman & Lockwood, P.C.,

      Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

      The parties' Stipulation for Dismissal with Prejudice **(Dkt. # 179)** is GRANTED.

It is therefore

      ORDERED that pursuant to Fed.R.Civ.P. 41(a)(1)(ii) this civil action is dismissed

with prejudice, and each party is responsible for its/his own costs and expenses,

including attorneys fees, incurred in this action.

       DATED: March 2, 2007.

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____

                                        Phillip S. Figa
                                        United States District Judge