IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00658-PSF-PAC

MELEA, LIMITED;
THE ADMIRALTY TRUST;
BARNACLE TRUST;
RUM ROW TRUST;
PORT ROYAL TRUST;
PORT ROYAL CHARITABLE TRUST,
    SUCCESSOR TO THE MICHAEL LADNEY
    CHARITABLE TRUST AND THE MICHAEL LADNEY
    CHARITABLE REMAINDER TRUST;
RUSSBURY INTERNATIONAL LIMITED;
SEWARD INTERNATIONAL CORPORATION BVI; and
BUCCANEER INVESTMENTS LIMITED,

    Plaintiffs,

v.

BARRY S. ENGEL;
ENGEL & REIMAN, P.C. f/k/a Engel, Reiman & Lockwood, P.C.;
LEO S. SPIVACK;
KLEINFELD & SPIVACK;
SOUTHPAC TRUST LIMITED;
SOUTH PACIVIC TRUSTEES INTERNATIONAL, INC.;
SOUTHPAC TRUST INTERNATIONAL, INC.; and
JAWER SA,,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendant Jawer's Motion for Entry of Award of Costs (Dkt. # 184) is DENIED WITHOUT PREJUDICE for failing to establish sufficient effort to comply with D.C.COLO.LCivR 7.1A, which states in part: "The court will not consider any motion . . . unless counsel for the moving party or a *pro se* party, before filing the motion, <u>has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter</u>." (Emphasis added.) Simply stating that a telephone "message was not returned by close of business," without indicating the

period of time between such communication and the filing of the motion, and in the absence of any followup attempts, does not demonstrate "reasonable, good-faith efforts."

DATED:  April 2, 2007