IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00658-PSF-PAC

MELEA, LIMITED;
THE ADMIRALTY TRUST;
BARNACLE TRUST;
RUM ROW TRUST;
PORT ROYAL TRUST;
PORT ROYAL CHARITABLE TRUST,
    SUCCESSOR TO THE MICHAEL LADNEY
    CHARITABLE TRUST AND THE MICHAEL LADNEY
    CHARITABLE REMAINDER TRUST;
RUSSBURY INTERNATIONAL LIMITED;
SEWARD INTERNATIONAL CORPORATION BVI; and
BUCCANEER INVESTMENTS LIMITED,

    Plaintiffs,

v.

BARRY S. ENGEL;
ENGEL & REIMAN, P.C. f/k/a Engel, Reiman & Lockwood, P.C.;
LEO S. SPIVACK;
KLEINFELD & SPIVACK;
SOUTHPAC TRUST LIMITED;
SOUTH PACIVIC TRUSTEES INTERNATIONAL, INC.;
SOUTHPAC TRUST INTERNATIONAL, INC.; and
JAWER SA,,

    Defendants.

## ORDER GRANTING MOTION FOR ENTRY OF AWARD OF COSTS

This Matter is before the Court on Defendant Jawer SA's Renewed Motion for Entry of Award of Costs (Dkt. # 187), filed on April 3, 2007.  On September 18, 2006, the Court dismissed Jawer SA for lack of personal jurisdiction (Dkt. # 143).  On January 25, 2007, the Court issued an Order granting Jawer SA's Renewed Motion for Costs in

the amount of $2,881.30, but stating that the award of costs would not be entered until final judgment was entered in this action (Dkt. # 174). On March 5, 2007, the Court entered final judgment dismissing this case with prejudice (Dkt. # 180). Accordingly, it is hereby ORDERED that Jawer SA's Renewed Motion for Entry of Award of Costs (Dkt. # 187) is GRANTED. Consistent with its prior Order, the Court hereby awards costs to Jawer SA in the amount of $2,881.30.

DATED: May 2, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge